FILED
2017 Aug-02 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANTRELL BONNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JIM SKINNER FORD, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | 2:17-cv-00967-LSC |

## Order

Before this Court is the parties' Motion to Stay Pending Arbitration. (Doc. 15.) The motion is **GRANTED IN PART** and **DENIED IN PART** to the extent that this action is **DISMISSED** without prejudice. However, either party may move this Court to reopen the case in order to enforce any award resulting from the arbitral proceedings. Costs are taxed as paid.

**DONE** and **ORDERED** this 2nd day of August 2017.

_____
L. Scott Coogler
United States District Judge

186289